IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



LEWIS B. BLACKWELL III,
d/b/a LMRV AVIATION  **PLAINTIFF**

VS.  CIVIL ACTION NO. #5:05-CV-232-DCB-JCS

MID-CONTINENT AIRCRAFT CORPORATION,
OPTISURANCE AND WELLINGTON
UNDERWRITING, PLC  **DEFENDANTS**

### JUDGMENT OF DISMISSAL WITH PREJUDICE

Counsel for Plaintiff moves the Court for an order of dismissal with prejudice of the Defendant, Wellington Underwriting, PLC, and this Court, being fully advised in the premises, does hereby find that such motion is well taken and should be granted.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this cause of action be, and it hereby is, dismissed with prejudice as to the Defendant Wellington Underwriting, PLC.

SO ORDERED this 26th day of January 2006.

_____
U.S. DISTRICT JUDGE

Submitted by:

_____
Lucien C. Gwin, III
Gwin Lewis & Punches, LLP
P.O. Box 1344
319 Market Street
Natchez, MS 39120
Attorney for the Plaintiffs